UNITED STATES DISTRICT COURT, DISTRICT OF MAINE

Index No.: 2:19-cv-00194-JDL
Filed On: 5/3/2019

**AFFIDAVIT OF SERVICE**

U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

-against-

**EQUIFIRST CORPORATION, ET AL.**

---

STATE OF __NC__, COUNTY OF __MECKLENBURG__ : (Process Server): __Wendy L. Henrich__,
being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of __NC__.
That on __05/10/19__, at __2:35pm__ am/pm at 5000 FOREST POINT CIRCLE, CHARLOTTE, NC 28273 I served the
SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET bearing Index # 2:19-cv-00194-JDL and filed date 5/3/2019 upon
EQUIFIRST CORPORATION,

[ ] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person therein.

[ ] **AGENCY / BUSINESS ENTITY**
by delivering thereat ____ true copy(ies) of each to (name)_____,
(capacity)_____, known by deponent to be an authorized agent of the named defendant therein.
Designated under rule _____ and tendering the required fee (if applicable).

[ ] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: (name)_____
(relationship)_____who verified that the intended recipient actually lives/works at this location.

[ ] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients usual place of abode or employment. Deponent was
unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on these dates and times:
1) _____, at _____ am/pm 2) _____, at _____ am/pm 3) _____, at _____ am/pm
Deponent verified that the Defendant lived/worked at said premises with _____.

[ ] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to
recipient at the above address and mailed by first class mail [ ( ) and certified mail # _____ ] by depositing
in an official depository under exclusive care and custody of the US Postal Service in the State of _____ on (date) _____.

[ ] **DESCRIPTION**
Sex: _____; Color: _____; Hair: _____; Approx. Age: _____; Approx. Height: _____; Approx. Weight: _____;
Other: _____.

[ ] **WITNESS FEE**
Deponent tendered to the recipient $_____ as traveling expenses, witness fee or other statutory fee.

[ ] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient is currently on active duty in the US military service or dependent on
someone who is currently on active duty in the US military service and was informed that he/she was not.

[x] **NON-SERVICE**
Deponent could not effect service for the following reasons: (include attempts and reasons for non-service):

> Address Attempted : 500 Forest Point Circle - no "5000" on this street. This address is American Red Cross and entrance is locked. No entry is allowed without an appointment. They have been at this location for many years.

Sworn to before me on May 13, 2019

RUTH REYNOLDS
NOTARY PUBLIC
Mecklenburg County
North Carolina
My Commission Expires March 31, 2021



SERVER
Signature of Process Server

---

DOONAN, GRAVES & LONGORIA, LLC MA
100 CUMMINGS CENTER,, SUITE 225D
BEVERLY,MA 01915
Phone: (978) 921-2670
File No. 19500.86

RETURN TO: Nationwide Court Services, Inc
761 Koehler Avenue, Suite A
Ronkonkoma, NY 11779
Ph: 631-981-4400
(NCS701683)VM 938646>